IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH CHRISTENSEN,

    Plaintiff,

    v.

CONCENTRA HEALTH SERVICES, INC,

    Defendant.

No. C 14-01073 JSW

**ORDER TO SHOW CAUSE**

By order dated April 18, 2014, this Court set the case management conference for June 27, 2014, and required personal appearances by lead counsel. On Friday, June 27, 2014, this Court held the initial case management conference in this matter. Lead counsel for Plaintiff did not appear.

Accordingly, counsel are HEREBY ORDERED TO SHOW CAUSE in writing by no later than July 7, 2014, why they should not pay monetary sanctions in the amount of $1,000 for their failure to comply with the Court's Order setting the case management conference.

**IT IS SO ORDERED.**

Dated: June 30, 2014

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE

Case 4:14-cv-01073-HSG   Document 21   Filed 06/30/14   Page 2 of 2