IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH CHRISTENSEN,

    Plaintiff,

v.

CONCENTRA HEALTH SERVICES, INC,

    Defendant.

No. C 14-01073 JSW

**ORDER DISCHARGING MISTAKEN ORDER TO SHOW CAUSE AND ISSUING SUBSEQUENT ORDER TO SHOW CAUSE**

    The Court HEREBY DISCHARGES the Order to Show Cause improperly issued on June 30, 2014 requiring a response from Plaintiff's counsel. The Court mistakenly issued the order to the wrong counsel.

    By order dated April 18, 2014, this Court set the case management conference for June 27, 2014, and required personal appearances by all lead counsel. On Friday, June 27, 2014, this Court held the initial case management conference in this matter. Lead counsel for Defendant Concentra Health Services, Inc. did not appear.

    Accordingly, counsel are HEREBY ORDERED TO SHOW CAUSE in writing by no later than July 14, 2014, why they should not pay monetary sanctions in the amount of $1,000 for their failure to comply with the Court's Order setting the case management conference.

    **IT IS SO ORDERED.**

Dated: July 7, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE