IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH CHRISTENSEN,

    Plaintiff,

v.

CONCENTRA HEALTH SERVICES, INC,

    Defendant.

No. C 14-01073 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ISSUING SANCTIONS**

By order dated April 18, 2014, this Court set the case management conference for June 27, 2014, and required personal appearances by all lead counsel. On Friday, June 27, 2014, this Court held the initial case management conference in this matter. Lead counsel for Defendant Concentra Health Services, Inc. did not appear.

Accordingly, on July 7, 2014, counsel was ordered to show cause as to why the Court should not impose monetary sanctions on him in the amount of $1,000.00. The Court received counsel's response on July 8, 2014 and finds the failure to attend the case management conference unjustified. Counsel is sanctioned in the amount of $250 for failure to comply with this Court's orders. Counsel shall pay sanctions to the Clerk of the Court by no later than July 18, 2014 and the order to show cause is discharged.

**IT IS SO ORDERED.**

Dated: July 9, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 4:14-cv-01073-HSG   Document 26   Filed 07/09/14   Page 2 of 2