1  CHARLES L. THOMPSON, IV, State Bar No. 139927
   charles.thompson@ogletreedeakins.com
2  JOSEPH APPEL, State Bar No. 276946
   joseph.appel@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6  Attorneys for Defendants
   CONCENTRA HEALTH SERVICES, INC., OCCUPATIONAL
7  HEALTH CENTERS OF CALIFORNIA, A MEDICAL
   CORPORATION d.b.a. CONCENTRA MEDICAL CENTERS; and
8  HUMANA, INC.
9
   SOMMERS EMPLOYMENT LAW GROUP, P.C.
10 Stephen A. Sommers, State Bar No. 225742
   Ramsey F.M. Hanafi, State Bar No. 262515
11 Samantha R. Pungprakearti, State Bar No. 264919
   Ashley A. Baltazar, State Bar No. 284921
12 201 Mission Street, Suite 1330
   San Francisco, CA 94105
13 (415) 524-2860 (Tel.)
   (415) 524-2865 (Fax)
14 info@employmentlawsf.com
   Attorneys for Plaintiff
15 SETH CHRISTENSEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH CHRISTENSEN, an individual, | Case No. 3:14-cv-01073-JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| CONCENTRA HEALTH SERVICES, INC., A NEVADA CORPORATION; HUMANA, INC., A DELAWARE CORPORATION; OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA, A MEDICAL CORPORATION, A CALIFORNIA CORPORATION D.B.A. CONCENTRA MEDICAL CENTERS; AND DOES 1 THROUGH 20, INCLUSIVE, | Complaint Filed: February 3, 2014<br>Trial Date:         April 27, 2015<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Stipulation of Dismissal is entered into by and between Plaintiff SETH CHRISTENSEN and Defendants CONCENTRA HEALTH SERVICES, INC.; HUMANA, INC.; and OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA, A MEDICAL CORPORATION D.B.A. CONCENTRA MEDICAL CENTERS ("Parties") through their respective counsel of record as follows:

WHEREAS, the Parties have fully and finally resolved this matter;

WHEREAS, the Parties now request that the Court dismiss this action with prejudice;

NOW, THEREFORE, the Parties stipulate to dismiss the action and request the Court to issue the Dismissal.

IT IS SO STIPULATED.

DATED: February 4, 2015            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: *Charles L. Thompson, IV*
    Charles L. Thompson, IV
    Joseph L.J. Appel
Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC.,
OCCUPATIONAL HEALTH CENTERS OF
CALIFORNIA, A MEDICAL CORPORATION
d.b.a. CONCENTRA MEDICAL CENTERS; and
HUMANA, INC.

DATED: February 4, 2015            SOMMERS EMPLOYMENT LAW GROUP, P.C.


By: */s/ Stephen A. Sommers*
    Stephen A. Sommers
    Attorneys for Plaintiff
    SETH CHRISTENSEN

ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Charles L. Thompson.

DATED: February 4, 2015                    SOMMERS EMPLOYMENT LAW GROUP, P.C.


By:   /s/ *Stephen A. Sommers*
      Stephen A. Sommers
      Attorneys for Plaintiff
      SETH CHRISTENSEN

## ORDER

Based on the Parties' stipulation, and for good cause shown, this action is hereby dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: <u>February 24, 2015</u>

*[signature: Haywood S. Gilliam, Jr.]*

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

20210268.1